United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAN SALOMON MYVETT, et al., | No. C-08-5797 MMC |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| LITTON LOAN SERVICING, L.P., | |
| Defendant. | |

Before the Court is plaintiffs' complaint, filed December 31, 2008, in which plaintiffs allege four state law causes of action against the named defendant. Under such circumstances, this Court has subject-matter jurisdiction only if the action is between citizens of different states and the amount in controversy exceeds $75,000. See 28 U.S.C. § 1332(a). Here, the amount in controversy requirement is satisfied, as plaintiffs seek over $4 million in damages. (See Compl. Prayer ¶¶ 1-2.) With respect to diversity of citizenship, however, plaintiffs have failed to allege either the place of incorporation or the principal place of business of defendant Litton Loan Servicing, L.P. See 28 U.S.C. § 1332(c)(1) (providing "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business").

Accordingly, plaintiffs are hereby ORDERED TO SHOW CAUSE, in writing and no later than January 30, 2009, why the instant action should not be dismissed for lack of

subject matter jurisdiction and without prejudice to plaintiffs' filing their claims in state court.

**IT IS SO ORDERED.**

Dated: January 8, 2009

_____
MAXINE M. CHESNEY
United States District Judge