United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEMAN SALOMON MYVETT, et al.,

      Plaintiffs,

  v.

LITTON LOAN SERVICING, LP,

      Defendant.

_____/

No. C-08-5797 MMC

**ORDER VACATING IN PART MARCH 6, 2009 ORDER; DIRECTING PLAINTIFFS TO FILE PROPOSED FOURTH AMENDED COMPLAINT**

On March 6, 2009, the Court struck plaintiff Deman Salomon Myvett's "Verified Complaint for Declaratory and Injunctive Relief" ("Verified Complaint") and dismissed the above-titled action without prejudice.  (See Order filed Mar. 6, 2009.)  The Court noted that the Verified Complaint failed to adequately allege diversity of citizenship.  (See id. at 2.)  Further, the Court observed that the Verified Complaint alleged only two causes of action, neither of which was alleged in plaintiffs' First Amended Complaint, and, in violation of the Court's February 19, 2009 Order to Show Cause ("OSC"), neither a motion for leave to amend nor a stipulation indicating defendant had consented to such amendment had been filed.  (See id. at 2.)

On March 9, 2009, the Court was informed that, on March 6, 2009, plaintiffs did, in fact, file a motion for leave to amend.[1]

_____

[1]Although, as the Court noted in its Order filed March 6, 2009, Regina Aguirre Myvett is not a party to the Verified Complaint, she has signed the motion for leave to amend.

1    Accordingly, to the extent the Court's March 6, 2009 Order dismissed the instant

2    action, such order is hereby VACATED.

3    In their motion for leave to amend, however, plaintiffs assert that they wish to allege

4    certain federal claims, which claims are not alleged in the Verified Complaint.

5    Consequently, the Court construes the motion for leave to amend as a motion for leave to

6    file a Fourth Amended Complaint, and not as a motion for leave to file the Verified

7    Complaint.[2]

8    Accordingly, to the extent the Court's March 6, 2009 Order struck the Verified

9    Complaint, such order shall remain in effect.

10   Lastly, to assist the Court in its evaluation of plaintiffs' motion for leave to amend,

11   plaintiffs are directed to file, no later than March 20, 2009, the proposed pleading that they

12   seek to file.  Such proposed pleading shall be titled "Proposed Fourth Amended

13   Complaint."

14   **IT IS SO ORDERED.**

15

16   Dated:  March 10, 2009

17                                                        MAXINE M. CHESNEY
                                                         United States District Judge

18

19

20

21

22

23

24

25

26

27   _____

28        [2]As the Court noted in its Order filed March 6, 2009, the Verified Complaint is, in
fact, a Third Amended Complaint.  (See Order filed Mar. 6, 2009 at 2 n.2.)

2