IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAN SALOMON MYVETT, et al., | No. C-08-5797 MMC |
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFFS' MOTION FOR LEAVE TO AMEND** |
| v. | |
| LITTON LOAN SERVICING, L.P., et al., | |
| Defendants. | |

On March 6, 2009, plaintiffs filed a "Motion for Leave to File Amended Complaint."[1] The motion was not noticed for hearing.

Accordingly, the Court sets the following briefing schedule and hearing date for the motion:

1. Defendants' opposition shall be filed no later than April 10, 2009.

2. Plaintiffs' reply shall be filed no later than April 17, 2009.

3. The hearing on the motion shall be on May 8, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 26, 2009

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] On March 10, 2009, the Court directed plaintiffs to file their proposed amended pleading, and, on March 20, 2009, plaintiffs filed such document. Although the document filed by plaintiffs is titled "Proposed Fourth Amended Complaint," it appears that in the course of its filing by the Clerk's Office, the word "Proposed" was crossed out. The document is, however, plaintiffs' Proposed Fourth Amended Complaint.