IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAN SALOMON MYVETT, et al., | No. C-08-5797 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| LITTON LOAN SERVICING, LP, | |
| Defendant. | |

Given the status of the above-titled action, specifically, the pending Motion for Leave to File Amended Complaint, the Case Management Conference scheduled for April 17, 2009 is hereby CONTINUED to June 19, 2009 at 10:30 a.m.  A Joint Case Management Conference Statement shall be field no later than June 12, 2009.

**IT IS SO ORDERED.**

Dated: April 14, 2009

_____
MAXINE M. CHESNEY
United States District Judge