IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEMAN SALOMON MYVETT, et al.,

    Plaintiffs,

v.

LITTON LOAN SERVICING, L.P., et al.,

    Defendants.

No. C-08-5797 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; STRIKING PLAINTIFFS' AMENDMENT TO COMPLAINT**

    The Court is in receipt of "Plaintiffs Joint Case Management Statement," filed June 12, 2009.[1] Given the status of the above-titled action, specifically, the pending motions to dismiss and to strike, each filed June 1, 2009 by defendant Litton Loan Servicing, L.P. and noticed for hearing July 24, 2009, the Case Management Conference scheduled for June 19, 2009 is hereby CONTINUED to August 21, 2009. A Joint Case Management Statement shall be filed no later than August 14, 2009.[2]

    **IT IS SO ORDERED.**

Dated: June 15, 2009

                                          MAXINE M. CHESNEY
                                          United States District Judge

---

[1] The Court notes that plaintiffs have attached to their statement a document titled "Amendment to Complaint." The nature of any such amendment is not apparent therefrom, and although the Amendment states it is filed "in accordance with court directive," no such directive has been issued. Accordingly, the Amendment is hereby STRICKEN.

[2] By "Joint Case Management Statement," the Court refers to a single statement filed jointly by plaintiffs and defendants.