UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAN S. MYVETT et al,<br><br>    Plaintiff,<br><br>  v.<br><br>LITTON LOAN SERVICING et al,<br><br>    Defendant. | Case Number: CV08-05797 MMC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deman Salomon Myvett
131 Camaritas Avenue
South San Francisco, CA 94080

Regina Aguirre Myvett
131 Camaritas Avenue
South San Francisco, CA 94080

Dated: July 20, 2009

                                                      Richard W. Wieking, Clerk
                                                      By: Frank Justiliano, Deputy Clerk