**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAN SALOMON MYVETT, et al., | No. C-08-5797 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| LITTON LOAN SERVICING, LP, et al., | |
| Defendants. / | |

The Court is in receipt of plaintiffs' and defendant Litton Loan Servicing, LP's ("Litton") separate case management statements, each filed August 14, 2009.

In light of the status of the above-titled action, specifically, plaintiffs' having filed, on August 14, 2009, a Fifth Amended Complaint, to which Litton has not yet responded, the Case Management Conference currently scheduled for August 21, 2009 is hereby CONTINUED to October 30, 2009.  Case Management Statements shall be filed no later than October 23, 2009.

**IT IS SO ORDERED.**

Dated: August 18, 2009

_____
MAXINE M. CHESNEY
United States District Judge