1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| DEMAN SALOMON MYVETT, et al., | No. C-08-5797 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO SHOW CAUSE WHY LATE OPPOSITION BRIEF SHOULD NOT BE STRICKEN; VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE** |
| v. | |
| LITTON LOAN SERVICING, LP, et al., | |
| Defendants. | |
| / | |

10
11
12
13
14
15

Before the Court are defendant Litton Loan Servicing, LP's "Motion to Strike Portions

16

of Fifth Amended Complaint" and "Motion to Dismiss Fifth Amended Complaint for Failure

17

to State a Claim Upon Which Relief Can be Granted," each filed September 3, 2009.  On

18

September 25, 2009, plaintiffs Deman Salomon Myvett and Regina Aguirre Myvett filed

19

opposition.  Such opposition is untimely, having been filed one week after it was due.  See

20

Civ. Local Rule 7-3.

21

Accordingly, the October 9, 2009 hearing is hereby VACATED, and plaintiffs are

22

ORDERED to show cause, in writing and no later than October 14, 2009, as to why the

23

opposition should not be stricken and the matter should not be decided based on the

24

moving papers.

25

**IT IS SO ORDERED.**

26
27

Dated:  October 2, 2009

28

MAXINE M. CHESNEY
United States District Judge