IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAN SALOMON MYVETT, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>LITTON LOAN SERVICING, LP, et al.,<br><br>    Defendants. | No. C-08-5797 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SHOW CAUSE WHY LATE OPPOSITION BRIEF SHOULD NOT BE STRICKEN; VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE** |

    Before the Court are defendant Litton Loan Servicing, LP's "Motion to Strike Portions of Fifth Amended Complaint" and "Motion to Dismiss Fifth Amended Complaint for Failure to State a Claim Upon Which Relief Can be Granted," each filed September 3, 2009.  On September 25, 2009, plaintiffs Deman Salomon Myvett and Regina Aguirre Myvett filed opposition.  Such opposition is untimely, having been filed one week after it was due.  See Civ. Local Rule 7-3.

    Accordingly, the October 9, 2009 hearing is hereby VACATED, and plaintiffs are ORDERED to show cause, in writing and no later than October 14, 2009, as to why the opposition should not be stricken and the matter should not be decided based on the moving papers.

    **IT IS SO ORDERED.**

Dated: October 2, 2009

                                                MAXINE M. CHESNEY<br>
                                                United States District Judge