IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAN SALOMON MYVETT, et al., | No. C-08-5797 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| LITTON LOAN SERVICING, LP, et al., | |
| Defendants. / | |

The Court is in receipt of the parties' respective Case Management Statements, each filed October 23, 2009.

In light of the pendency of defendant's motions, the Case Management Conference previously scheduled for October 30, 2009 is hereby CONTINUED to January 15, 2010. A Joint Case Management Statement shall be filed no later than January 8, 2010.

**IT IS SO ORDERED.**

Dated: October 23, 2009

_____
MAXINE M. CHESNEY
United States District Judge