1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEMAN SALOMON MYVETT, et al.,                    No. C-08-5797 MMC

       Plaintiffs,                              **ORDER CONTINUING CASE**
                                       **MANAGEMENT CONFERENCE**
  v.

LITTON LOAN SERVICING, LP, et al.,

       Defendants.
_____/

      The Court is in receipt of the parties' respective Case Management Statements,
each filed October 23, 2009.

      In light of the pendency of defendant's motions, the Case Management Conference
previously scheduled for October 30, 2009 is hereby CONTINUED to January 15, 2010.  A
Joint Case Management Statement shall be filed no later than January 8, 2010.

      **IT IS SO ORDERED.**

Dated:  October 23, 2009

                                      MAXINE M. CHESNEY
                                      United States District Judge