IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAN SALOMON MYVETT, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>LITTON LOAN SERVICING, LP, et al.,<br><br>　　　　Defendants. | No. C-08-5797 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE** |

　　　Before the Court are defendant Litton Loan Servicing, LP's ("Litton") motions, each filed June 1, 2009, to dismiss Deman Salomon Myvett and Regina Aguirre Myvett's ("Plaintiffs") Fifth Amended Complaint ("5AC") and to strike portions thereof.  Plaintiffs have filed opposition, to which Litton has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for February 5, 2010.

　　　**IT IS SO ORDERED.**

Dated:  February 2, 2010

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge