IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAN SALOMON MYVETT<br>REGINA AGUIRE MYVETT,<br><br>Plaintiffs,<br><br>v.<br><br>LITTON LOAN SERVICING, LP; PARKER PACIFIC INVESTMENTS, L.P.,<br><br>Defendants. | No. C 08-5797 MMC<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANT PARKER PACIFIC INVESTMENTS, L.P.** |

By order filed December 31, 2009, the Court directed plaintiffs to serve Defendant Pacific Parker Investments, L.P. ("Parker Pacific") no later than January 22, 2010 and to file, no later than January 27, 2010, proof of such service. Plaintiffs have not filed proof of such service within the time specified therein.

Accordingly, plaintiffs' claims against Parker Pacific are hereby DISMISSED without prejudice. See Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: March 3, 2010

MAXINE M. CHESNEY
United States District Judge