**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
DEMAN SALOMON MYVETT                          No. C 08-5797 MMC
11 REGINA AGUIRE MYVETT,
                                              **ORDER DISMISSING CLAIMS AGAINST**
12            Plaintiffs,                      **DEFENDANT PARKER PACIFIC**
                                              **INVESTMENTS, L.P.**
13     v.

14 LITTON LOAN SERVICING, LP; PARKER
   PACIFIC INVESTMENTS, L.P.,
15
              Defendants.
16 _____/

17

18        By order filed December 31, 2009, the Court directed plaintiffs to serve Defendant

19 Pacific Parker Investments, L.P. ("Parker Pacific") no later than January 22, 2010 and to

20 file, no later than January 27, 2010, proof of such service.  Plaintiffs have not filed proof of

21 such service within the time specified therein.

22        Accordingly, plaintiffs' claims against Parker Pacific are hereby DISMISSED without

23 prejudice.  See Fed. R. Civ. P. 4(m).

24        **IT IS SO ORDERED.**

25 Dated:  March 3, 2010

26                                           _____
                                            MAXINE M. CHESNEY
27                                          United States District Judge

28