IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAN SALOMON MYVETT<br>REGINA AGUIRE MYVETT,<br><br>Plaintiffs,<br><br>v.<br><br>LITTON LOAN SERVICING, LP,<br><br>Defendant.<br>_____/ | No. C 08-5797 MMC<br><br>**ORDER TO SHOW CAUSE** |

On March 26, 2010, plaintiffs failed to appear as ordered at a regularly scheduled Case Management Conference in the above-entitled action. Counsel for defendants appeared.

Accordingly, plaintiffs are hereby ordered to show cause, in writing, filed with the Court and served on opposing counsel no later than April 9, 2010, why the case should not be dismissed for failure to prosecute.

If plaintiffs fail to timely respond to this Order, the case will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: March 26, 2010

MAXINE M. CHESNEY
United States District Judge